MINUTE ENTRY
NORTH, M.J.
OCTOBER 18, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 16-92 |
| JOHNNY JACOB DOMINGUE | SECTION L |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT *via videoconference*
              X  COUNSEL FOR DEFENDANT *Sherman Mack*
              X  ASSISTANT U.S. ATTORNEY  ANTONIO POZOS
              ___ INTERPRETER _____ SWORN
              (TIME:   .M to   .M)

X / READING OF THE SUPERSEDING INDICTMENT (READ) WAIVED (SUMMARIZED)
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / **PRE-TRIAL CONFERENCE: JANUARY 24, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

X / **TRIAL: FEBRUARY 6, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00:05