**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
| VERSUS | | 16-0092 |
| KARL NEWMAN | | SECTION "L" |

## <u>ORDER</u>

At the request of the Government, **IT IS ORDERED** that the rearraignment hearing in the above-captioned case previously scheduled for July 6, 2017, at 2:00 p.m. is **CONTINUED** and is now scheduled for July 20, 2017, at 2:00 p.m.

New Orleans, Louisiana, this 5th day of July, 2017.

_____
ELDON E. FALLON
United States District Judge