

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 JUL 19   A 11: 42

WILLIAM W. BLEVINS
CLERK

FELONY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SUPERSEDING INFORMATION FOR CARRY AND USE OF A FIREARM DURING AND IN RELATION TO, AND POSSESSION IN FURTHERANCE OF, A CRIME OF VIOLENCE, AND CONSPIRACY TO COMMIT CONVERSION OF PROPERTY BY AN OFFICER OR EMPLOYEE OF THE UNITED STATES**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 16-092** |
| **VERSUS** | * | **SECTION: L** |
| **KARL EMMETT NEWMAN** | * | **VIOLATIONS: 18 U.S.C. § 924(c)(1)(A)(i)** |
| | | **18 U.S.C. § 371** |
| | * | |

\*   \*   \*

The Acting Assistant Attorney General charges that:

## COUNT ONE
### Carry and Use of a Firearm During and in Relation to, and Possession in Furtherance of, a Crime of Violence

**A.     AT ALL MATERIAL TIMES HEREIN:**

1.     The defendant, **KARL EMMETT NEWMAN** was a Drug Enforcement Administration (DEA) Task Force Officer (TFO), having been deputized as a DEA TFO in February 2003, and was also a Tangipahoa Parish Sheriff's Office (TPSO) Deputy, having been deputized as a TPSO Deputy in July 2004.

**B.     THE PREDICATE OFFENSE**

2.     On or about August 14, 2015, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, did unlawfully obstruct, delay and affect, and attempt to

α Fee USA
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No.

obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **KARL EMMETT NEWMAN**, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of R.G., against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to R.G.'s person and the persons of her family, all in violation of Title 18, United States Code, Section 1951.

### C. THE OFFENSE

3.      On or about August 14, 2015, in the Eastern District of Louisiana, the defendant, **KARL EMMETT NEWMAN**, did knowingly carry and use a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951, as set forth in paragraph 2 of this Superseding Information.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### COUNT TWO
### Conspiracy to Commit Conversion of Property by a Government Officer or Employee

### A. AT ALL MATERIAL TIMES HEREIN:

4.      Paragraph 1 of this Superseding Information is re-alleged and incorporated as though fully set forth herein.

5.      Johnny Jacob Domingue was a TPSO Deputy functioning as a DEA TFO.

### B. THE OFFENSE

6.      On or about October 6, 2015, in the Eastern District of Louisiana and elsewhere, defendant, **KARL EMMETT NEWMAN**, being an officer and employee of the United States and any department and agency thereof, did knowingly and intentionally combine, conspire,

confederate and agree with other persons known and unknown to the Assistant Attorney General, including Johnny Jacob Domingue, to embezzle and wrongfully convert to their own use the money and property of another which came into their possession and under their control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely United States currency in an amount greater than $1,000, in violation of Title 18, United States Code, Section 654.

## C.   PURPOSE OF THE CONSPIRACY

7.     It was the purpose of the conspiracy for **KARL EMMETT NEWMAN** and Johnny Jacob Domingue to unlawfully enrich themselves by, among other things embezzling and wrongfully converting property, namely United States currency, from evidence seized by the DEA during the search of the residence of T.R. on October 6, 2015 (the Search).

## D.   MANNER AND MEANS OF THE CONSPIRACY

8.     The manner and means by which **KARL EMMETT NEWMAN** and his co-conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

9.     On or about October 6, 2015, **KARL EMMETT NEWMAN** and Johnny Jacob Domingue participated in the Search, and the seizure of United States currency during that Search.

10.    After the Search was completed, **KARL EMMETT NEWMAN** and Johnny Jacob Domingue took possession of the United States currency that was seized during the Search.

11.     Once in possession of the United States currency, **KARL EMMETT NEWMAN** and Johnny Jacob Domingue misappropriated approximately $3,000 from the seized United States currency for their own personal benefit.

### E.     OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

12.     In furtherance of the conspiracy, and to accomplish its object and purpose, the conspirators committed and caused to be committed, in the Eastern District of Louisiana, the following overt acts:

13.     On or about October 6, 2015, **KARL EMMETT NEWMAN** and Johnny Jacob Domingue physically took approximately $3,000 in United States currency from the evidence seized during the Search.

All in violation of Title 18, United States Code, Section 371.

KENNETH A. BLANCO
ACTING ASSISTANT ATTORNEY GENERAL
    OF THE CRIMINAL DIVISION
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515


DIIDRI W. ROBINSON
ASSISTANT CHIEF
CRIMINAL FRAUD SECTION
UNITED STATES DEPARTMENT OF JUSTICE
Florida Bar No. 788481


ANTONIO M. POZOS
TRIAL ATTORNEY
CRIMINAL FRAUD SECTION
UNITED STATES DEPARTMENT OF JUSTICE
California Bar No. 254609

New Orleans, Louisiana
July 19, 2017

No. 16-cr-092 "L"

# United States District Court

### FOR THE

EASTERN   DISTRICT OF   LOUISIANA

UNITED STATES OF AMERICA

*vs.*

KARL EMMETT NEWMAN

SUPERSEDING BILL OF INFORMATION FOR
CARRY AND USE OF A FIREARM DURING AND IN
RELATION TO, AND POSSESSION IN
FURTHERANCE OF, A CRIME OF VIOLENCE, AND
CONSPIRACY TO COMMIT CONVERSION OF
PROPERTY BY AN OFFICER OR EMPLOYEE OF
THE UNITED STATES

Violation(s): 18 U.S.C. § 924 (c)(1)(A)(i) and 2
18 U.S.C. § 371

Filed _____, 20 17

_____, Clerk.

By _____, Deputy

*United States Department of Justice Trial Attorney*